**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 14-6178**

───────────────

ALEXANDER MATTHEWS,

                    Plaintiff – Appellant,

          v.

MICHAEL PAUZE; RYAN FAULCONER; ALICIA WOJTKONSKI; CHRISTINE
WINDNESS; JACK HANLEY; PETER AUGUST FRANDSEN; RAYMOND E.
PATRICCO, JR.; CARLA G. COOPWOOD; JOHN COTTER,

                    Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:13-cv-01020-LO-TCB)

───────────────

Submitted:  June 26, 2014            Decided:  July 1, 2014

───────────────

Before WILKINSON, KING, and GREGORY, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Alexander Matthews, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Matthews appeals the district court's order dismissing with prejudice Defendants Hanley, Frandsen, and Patricco, for failure to state a claim pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and dismissing without prejudice his claims under the Federal Tort Claims Act as duplicative. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Matthews v. Pauze, No. 1:13-cv-01020-LO-TCB (E.D. Va. Jan. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED